UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| MASSIEL DE LA CRUZ, | |
| Plaintiff, | |
| -against- | 1:23-cv-09055 (ALC) |
| | **ORDER TO SHOW CAUSE** |
| DAVID C. BANKS, and NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendants. | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff served her Complaint on Defendants on October 16, 2023. ECF No. 6. Defendants' deadline to answer the Complaint was November 6, 2023. *Id*. To date Defendants have not answered this action. Accordingly, Defendants are hereby **ORDERED TO SHOW CAUSE** why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendants for failure to otherwise defend this action. Such showing should be made by filing a written response to this Order by **November 20, 2023**. Plaintiff is directed to serve this order to show cause on Defendants by **November 14, 2023** and file an affidavit of service by that date.

**SO ORDERED.**

**Dated: November 13, 2023**
        New York, New York

_____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**