```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Massiel de la Cruz, | |
| Plaintiff, | 1:23-cv-09055 (ALC) (SDA) |
| -against- | |
| David C. Banks and New York City Department of Education, | ORDER |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that, no later than February 6, 2024, the parties shall file a joint pre-motion letter addressed to District Judge Carter regarding their anticipated cross-motions for summary judgment and a proposed schedule for such motions.

**SO ORDERED.**

Dated:  New York, New York
        January 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge